IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL CASE NO. |
| HEYS EDWARD MCMATH III, ) | 4:13-CR-00003 |
| STEPHEN MICHAEL LITTLE, ) | |
| ROBERT WILSON DAILEY, ) | |
| JAY PATRICK GARDNER, ) | |
| ISAAC JEFFERSON MULLING, ) | |
| ALAN ROBERT FLEMING, and ) | |
| JEFFREY ALLEN FARRELL, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## [PROPOSED] ORDER

WHEREFORE upon consideration of Defendant Jeffrey Allen Farrell's unopposed Motion to Release Passport in the above captioned case and for good cause shown, said Motion is hereby **GRANTED**. The United States Probation Office is directed to release possession of Mr. Farrell's passport to him by returning his passport, via overnight mail, to his counsel in this matter.

This 14 day of June, 2017.

Hon. Lisa Godbey Wood
Chief Judge, Southern District of Georgia

Order Prepared by: Robert M. Brennan, Esq.

4942319_1